

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2023

No. 04-22-00795-CV

**IN THE ESTATE** of Eloisa M. **MARTINEZ**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2020PC3191
Honorable Oscar J. Kazen, Judge Presiding

## ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All pending motions are DENIED AS MOOT. No costs of appeal are assessed against appellant. *See* TEX. R. APP. P. 20.1.

It is so **ORDERED** on March 29, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2023.

_____
Michael A. Cruz, Clerk of Court